UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIX PABLO PALAEZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 25-cv-08705-JD

**ORDER TO SHOW CAUSE**

The scheduling order required pro se plaintiff Palaez to file and serve on the SSA Commissioner his opening brief within 30 days of service of the Commissioner's answer. Dkt. No. 3. The Commissioner lodged the administrative record on December 10, 2025, which was served on Palaez on December 12, 2025. *See* Dkt. Nos. 9, 10. Since then, Palaez has not filed an opening brief or otherwise communicated with the Court about this case. Consequently, Palaez is directed to show cause by December 4, 2026, why the case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: November 18, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California